May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY LAWRENCE TAYLOR, Appellant

NO. 14-12-00409-CR                          V.

THE STATE OF TEXAS, Appellee

_____


This court today issued a substitute memorandum opinion. We order this court's former judgment of April 25, 2013, vacated, set aside, and annulled. We further order this court's memorandum opinion of April 25, 2013, withdrawn. We deny appellant's motion for rehearing as moot.

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.